COA # 14-14-00702-CR

OFFENSE: Indecency with a Child

STYLE: Patrick Dale Earvin v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 177th District Court

DATE: July 7, 2015   Publish: No

TC CASE #:1357121

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Patrick Dale Earvin v The State of Texas

CCA # _____

___APPELLANT'S___ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

___REFUSED___

DATE: ___11/18/2015___

JUDGE: ___Keller Chrisian___

CCA Disposition: 1140-15  1141-15

DATE: _____

JUDGE: _____

SIGNED: _____     PC: _____

PUBLISH: _____     DNP: _____

----------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**